Clerk of the Courts
Government and Judicial Center
One Hamilton County Square, #106
Noblesville, Indiana 46060
Telephone: (317) 776-9629

# SUMMONS
## STATE OF INDIANA
### In the Hamilton Superior Court

LUANNE BURKE,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
MEIJER STORES LIMITED　　　　　　　　 )
PARTNERSHIP,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　　　)

| TO DEFENDANT: | Meijer Stores Limited Partnership<br>c/o Pamela Paige<br>Plunkett Cooney<br>300 North Meridian, Suite 990<br>Indianapolis, Indiana 46204 |
|---|---|

　　　You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

　　　The nature of the suit against you is stated in the Complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff(s).

　　　An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff(s).

　　　If you have a claim for relief against the plaintiff(s) arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 9/19/2019　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(Seal) Clerk, Hamilton Superior Court

The following manner of service of summons is hereby designated:

　　　__X__   Certified or Registered Mail on Defendant at above address.

| **ATTORNEY FOR PLAINTIFF:** | **ADDRESS:** | **CONTACT INFORMATION:** |
|---|---|---|
| Dustin F. Fregiato, #30625-49 | Ladendorf Law<br>7310 N. Shadeland Ave.<br>Indianapolis, IN 46250 | TEL: (317) 842-5800<br>FAX: (317) 842-5858<br>E-Mail: dustin@ladendorf.com |

EXHIBIT A

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ____ day of _____, 2019:

(1) By delivering a copy of the Summons and a copy of the pleadings designated in the Summons to the defendant, **Meijer Stores Limited Partnership**

(2) By leaving a copy of the Summons and a copy of the pleadings designated in the Summons at _____ which is the dwelling place or usual place of abode of _____ and by mailing a copy of said Summons to said defendant at the above address.

(3) Other Service or Remarks: _____

Sheriff's Costs : $_____      Sheriff _____

By: _____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the pleadings designated in the Summons to the defendant, **Meijer Stores Limited Partnership,** by certified mail, requesting a return receipt, at the address furnished by the plaintiff.

_____
Clerk, Hamilton Superior Court

Dated:_____, 2019.   By: _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the pleadings designated in the Summons, mailed to defendant, **Meijer Stores Limited Partnership.**

☐ accepted by the defendant on the _____ day of _____, 2019.

☐ returned not accepted on the _____ day of _____, 2019.

☐ accepted by _____ on behalf of said defendant on the _____ day of _____, 2019.

_____
Clerk, Hamilton Superior Court

Dated:_____, 2019.   By: _____
Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR/CIRCUIT COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

LUANNE BURKE,  )
                )
Plaintiff,      )
                )
    v.          )
                )
MEIJER, INC.    )
                )
Defendant.      )

## APPEARANCE FORM (CIVIL)

1. Name or names of party: **LuAnne Burke**

2. Attorney Information:

   Name:    **Dustin F. Fregiato**           Attorney No.: **30625-49**
   Firm:    **LADENDORF LAW**                TEL: **(317) 842-5800**
   Address: **7310 N. Shadeland Ave.**       FAX: **(317) 842-5858**
            **Indianapolis, IN 46250**       E-Mail: **dustin@ladendorf.com**

   Name:    **Mark C. Ladendorf**            Attorney No.: **9851-49**
   Firm:    **LADENDORF LAW**                TEL: **(317) 842-5800**
   Address: **7310 N. Shadeland Ave.**       FAX: **(317) 842-5858**
            **Indianapolis, IN 46250**       E-Mail: **mark@ladendorf.com**

3. Case Type: **CT**

4. Will initiating party accept FAX service? **No.**

5. Are there related cases? **No.**

6. Additional information required by state or local rule?

   a) The contact information listed on the Indiana Supreme Court Roll of Attorneys for each attorney is current and accurate as of the date the appearance is filed

   b) I acknowledge that orders, opinions, and notices, and all documents served under Trial Rule 86(G) will be sent to me at the email address(es) on the Roll of Attorneys regardless of other contact information supplied by me; and

   c) I acknowledge that I am solely responsible for keeping my Roll of Attorneys contact information accurate per Ind. Admis. Disc. R. 2(A).

Respectfully submitted,

BY: _____
Dustin F. Fregiato, #30625-49
Attorney for Plaintiff


BY: _____
Mark C. Ladendorf, #9851-49
Attorney for Plaintiff


**LADENDORF LAW**
7310 N. Shadeland Avenue
Indianapolis, IN 46250
Telephone: (317) 842-5800
Facsimile: (317) 842-5858

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION, ROOM NO. 3 |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE,                        )
                                     )
    Plaintiff,               )
                                     )
    v.                       )
                                     )
MEIJER STORES LIMITED                )
PARTNERSHIP,                         )
                                     )
    Defendant.               )

## AMENDED COMPLAINT FOR DAMAGES

Comes now the Plaintiff, LUANNE BURKE, by Counsel, and for her Amended Complaint for Damages against the Defendant, MEIJER STORES LIMITED PARTNERSHIP ("Meijer"); asserts and alleges:

1. At all times relevant to this action, Plaintiff LUANNE BURKE ("LUANNE") was a resident of Carmel, Hamilton County, Indiana.

2. At all times relevant to this action, Defendant MEIJER was a Foreign For-Profit Corporation organized under the laws of the State of Michigan and operated a chain of retail and grocery businesses in Indiana.

3. At all times relevant to this action, Defendant MEIJER owned, operated, was responsible for, and/or managed a retail and grocery store located at 1424 West Carmel Drive, Carmel, Indiana, 46032 ("STORE").

4. On May 24, 2019, LUANNE was an invitee at the STORE.

5. At said time, LUANNE was attempting to walk in, or around, the meat department of the STORE, directly in front of the lobster tank when she fell as a result of water located on the floor,

1

EXHIBIT A

that was not marked, identified or otherwise warned about to invitees of The STORE, including LUANNE.

6. The area where LUANNE tripped and fell was within the exclusive control and management of the Defendant MEIJER who was responsible for making sure a business invitee could safely maneuver around the STORE.

7. At all times mentioned herein, the acts and/or omissions of the Defendant MEIJER was performed and/or omitted by and through their agents, employees, servants and/or representatives acting within the scope of their employment for Defendant MEIJER.

8. Defendant MEIJER was negligent in, among other things:

   a. failing to adequately warn invitees of the water on the floor of the STORE;
   b. failing to adequately protect and/or guard invitees from falling on the water on the floor of the STORE;
   c. failing to properly maintain the lobster tank in a manner so as to prevent it from leaking onto the floor of the STORE; and
   d. failing to clean up the water on the floor of the STORE;

thereby creating a dangerous and hazardous condition for invitees.

9. As a direct and proximate result of Defendant MEIJER negligence, Plaintiff LUANNE suffered severe and permanent personal injuries, all of which resulted in pain and suffering and mental anguish commonly associated with those injuries.

10. As a direct and proximate result of Defendant MEIJER negligence and the resulting injuries to Plaintiff LUANNE, LUANNE was required to engage the services of hospitals, physicians, and specialists, and will require additional treatment in the future.

11. As a direct and proximate result of Defendant MEIJER negligence, Plaintiff LUANNE

incurred medical expenses which will continue into the future.

12. As a direct and proximate result of Defendant MEIJER negligence, Plaintiff LUANNE has incurred and will continue to incur a loss of enjoyment of life.

13. As a direct and proximate result of Defendant MEIJER negligence, Plaintiff LUANNE has been damaged.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount reasonable to compensate her for her damages, for costs of this action and for all other relief just and proper in these premises.

LADENDORF LAW

BY: _____
Dustin F. Fregiato, #30625-49
Mark C. Ladendorf, #9851-49
Attorneys for Plaintiff


**LADENDORF LAW**
7310 N. Shadeland Ave.
Indianapolis, Indiana 46250
Tele:   (317) 842-5800
Fax:    (317) 842-5858
dustin@ladendorf.com

3

| STATE OF INDIANA COURT | ) | IN THE HAMILTON SUPERIOR/CIRCUIT |
|---|---|---|
| | ) | SS: CIVIL DIVISION, ROOM NO. |
| COUNTY OF HAMILTON | ) | CAUSE NO. |
| LUANNE BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MEIJER, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR TRIAL BY JURY

Comes now the Plaintiff, by counsel, and hereby requests that the above cause be tried by a jury.

LADENDORF LAW

*/s/ Dustin F. Fregiato*

_____
BY: Dustin F. Fregiato, #30625-49
    Attorney for Plaintiff

**LADENDORF LAW**
7310 N. Shadeland Ave.
Indianapolis, Indiana 46250
Telephone: (317) 842-5800
Facsimile: (317) 842-5858
E-Mail: dustin@ladendorf.com

| | | |
|---|---|---|
| STATE OF INDIANA      ) | | IN THE HAMILTON SUPERIOR COURT |
|                      ) SS: | | CIVIL DIVISION, ROOM NO. 3 |
| COUNTY OF HAMILTON   ) | | CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE,                )
                             )
    Plaintiff,             )
                             )
    v.                      )
                             )
MEIJER STORES LIMITED        )
PARTNERSHIP,                 )
                             )
    Defendant.              )

### STIPULATION OF DISMISSAL OF MEIJER, INC. *ONLY*

Comes now the Plaintiff, by counsel, and file this Stipulation of Dismissal of Meijer, Inc. *only*:

1. Plaintiff, by Counsel, stipulates to the dismissal, without prejudice, of Defendant Meijer, Inc. from this action.

Wherefore, the Plaintiff prays for an Order dismissing, without prejudice, ONLY Defendant Meijer, Inc..

Respectfully submitted,

BY: /s/Dustin F. Fregiato
Dustin F. Fregiato, #30625-49
Attorney for Plaintiff

**LADENDORF LAW**
7310 North Shadeland Avenue
Indianapolis, Indiana 46250
Telephone:   (317) 842-5800
Facsimile:   (317) 842-5858
E-mail:      dustin@ladendorf.com

1

| | |
|---|---|
| STATE OF INDIANA        )<br>                                    )  SS:<br>COUNTY OF HAMILTON  ) | IN THE HAMILTON SUPERIOR COURT<br>CIVIL DIVISION, ROOM NO. 3<br>CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
MEIJER STORES LIMITED　　　　　　)
PARTNERSHIP,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　　　)

**FILED**
September 20, 2019
CLERK OF THE HAMILTON
CIRCUIT COURT

## ORDER ON STIPULATION OF DISMISSAL MEIJER, INC., *ONLY*

The Plaintiff having filed her Stipulation of Dismissal of Meijer, Inc. only dated September 19, 2019, and the Court being duly advised in the premises, now accepts the Stipulation of the Plaintiff as filed to govern this action.

The Court further finds, and hereby orders pursuant to the Plaintiff's Stipulation of Dismissal that Meijer, Inc. be, and hereby is, dismissed without prejudice from this action.

The cause will proceed in litigation between Plaintiff and the remaining Defendant, Meijer Stores Limited Partnership.

All of which is ordered this date: September 20, 2019 .

_____　　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　　　　　　　Judge, Hamilton Superior Court

**DISTRIBUTION**:

Mark C. Ladendorf
Dustin F. Fregiato
7310 N. Shadeland Avenue
Indianapolis, IN  46250
*Counsel for Plaintiff*

| STATE OF INDIANA | ) | THE HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE,            )
                         )
         Plaintiff,      )
                         )
    vs.                  )
                         )
MEIJER STORES LIMITED PARTNERSHIP,  )
                         )
         Defendant.      )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating_____ Responding XXXXXX   Intervening _____; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   **MEIJER STORES LIMITED PARTNERSHIP**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Pamela A. Paige, Attorney No. 16163-49**  Email: ppaige@plunkettcooney.com
   **PLUNKETT COONEY, P.C.**                   Telephone: (317) 964-2730
   **300 N. Meridian Street, Suite 990**       Fax: (317) 964-2744
   **Indianapolis, IN 46204**

   **IMPORTANT**: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

      Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **n/a**

4.     This case involves child support issues: Yes _____ No **XX**

5.     This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order: Yes ___ No **XX**

6.     This case involves a petition for involuntary commitment: Yes _____ No **XX**

7.     There are related cases: Yes _____ No _____**XX**_____ (If yes, list on continuation page.)

8.     Additional information required by local rule:

9.     There are other party members: Yes _____ No **XX**

10.    This form has been served on all other parties. Certificate of Service is attached: Yes **XX** No _____

                                          Respectfully Submitted,

                                          PLUNKETT COONEY, P.C.

                                          /s/ Pamela A. Paige
                                          Pamela A. Paige, Attorney No. 16163-49
                                          Counsel for Defendant

PLUNKETT COONEY, P.C.
300 N. Meridian Street, Suite 990
Indianapolis, IN 46204
(317) 974-5744
(317) 964-2744 (Fax)
ppaige@plunkettcooney.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of IEFS. Parties may access this filing through the Court's system:

Daniel F. Fregiato
Mark C. Ladendorf
LADENDORF LAW
7310 N. Shadeland Ave.
Indianapolis, IN 46250

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)

Open.27521.93733.22911367-1

| STATE OF INDIANA | ) | THE HAMILTON COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE, )
)
      Plaintiff, )
)
vs. )
)
MEIJER STORES LIMITED PARTNERSHIP, )
)
      Defendant. )

## MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Meijer Stores Limited Partnership, by counsel, hereby requests an enlargement of time within which it may file its motion or answer in response to Plaintiff's Amended Complaint to, and including, November 8, 2019.

This Motion is based on the following grounds:

1. Plaintiff's Amended Complaint was filed on September 19, 2019.

2. Defendant's responses are due October 9, 2019.

3. Defendant has only recently retained counsel, and defense counsel will need additional time to adequately investigate and respond to the allegations contained in Plaintiff's Amended Complaint.

4. This motion is being made in good faith and not for purposes of delay.

WHEREFORE, Defendant, Meijer Stores Limited Partnership, by counsel, requests that the Court grant an enlargement of time to and including November 8, 2019, within which Defendant, Meijer Stores Limited Partnership, may respond or plead to Plaintiff's Amended Complaint.

Respectfully submitted,

PLUNKETT COONEY, P.C.

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
Attorney for Defendant
300 N. Meridian, Suite 990
Indianapolis, Indiana 46204
Telephone: (317) 964-2730
Facsimile: (317) 964-2744
Email: ppaige@plunkettcooney.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of IEFS. Parties may access this filing through the Court's system:

Daniel F. Fregiato
Mark C. Ladendorf
LADENDORF LAW
7310 N. Shadeland Ave.
Indianapolis, IN 46250

/s/ Pamela A. Paige
Pamela A. Paige (16163-49)

Open.27521.93733.22911378-1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | THE HAMILTON COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D03-1908-CT-008166 |

LUANNE BURKE,

    Plaintiff,

vs.

MEIJER STORES LIMITED PARTNERSHIP,

    Defendant.

**FILED**
October 8, 2019
CLERK OF THE HAMILTON
CIRCUIT COURT

## ORDER ON DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

This cause came before the Court upon the motion of Defendant, Meijer Stores Limited Partnership, for an enlargement of time to move or plead. And the Court, being duly advised in the premises, NOW FINDS that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, Meijer Stores Limited Partnership is hereby granted an enlargement of time to and including November 8, 2019, within which to move or plead in response to Plaintiff's Amended Complaint.

DATED: __October 8, 2019__

_____
JUDGE, HAMILTON COUNTY SUPERIOR COURT

Distribution:

All Counsel and Parties of Record

Open.27521.93733.22911383-1